*1015 484 U. S. 1060; 484 U. S. 1061; 484 U. S. 1064; 484 U. S. 1057; 484 U. S. 1066; ante, p. 902; ante, p. 906; 484 U. S. 1053; ante, p. 919; 484 U. S. 1067; ante, p. 907; 484 U. S. 1068; 484 U. S. 1079; 484 U. S. 1069; 484 U. S. 1069; 484 U. S. 1079; 484 U. S. 1079; 484 U. S. 1071; *1016 484 U. S. 1079; 484 U. S. 1075; 484 U. S. 1075; 484 U. S. 1076; 484 U. S. 1076; ante, p. 908; 484 U. S. 1077; and ante, p. 937. Petitions for rehearing denied.